

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2025

Direct: 212.232.1398

November 21, 2025

**VIA ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      Re:    *Alan Herzog v. RAHF IV Goodwill Terrace, LLC et al.,*
                <u>Case No. 1:25-CV-08702- AT</u>

Dear Judge Torres:

      We represent the Defendants in this matter. We write, with the consent of Plaintiff, to respectfully request that the Defendants' time to move, answer or otherwise respond to the Complaint be extended by 35 days, from November 17, 2025 to December 22, 2025. This is the first request for an extension of time to respond to the Complaint and granting this request will not affect other deadlines in the case. The basis for this request is we were recently retained, and we require time to speak with our clients and investigate the allegations.

      We thank the Court for its consideration of this request.

               Respectfully,

               */s/ Bradley J. Bartolomeo*

GRANTED.  By **December 22, 2025,** Defendants shall answer or otherwise respond to the complaint.  Any further extensions shall be made in accordance with Rule I(C) of the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated: November 24, 2025
      New York, New York

                         _____
                         ANALISA TORRES
                      United States District Judge