UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN HERZOG,

                Plaintiff,

        -against-

RAHF IV GOODWILL TERRACE, LLC and
ROSE PROPERTY MANAGEMENT GROUP
LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/30/2025_

25 Civ. 8702 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 22, 2025, Defendants filed a pre-motion letter seeking leave to file a motion to transfer venue. *See* ECF No. 19. Under Rule III.A.ii of the undersigned's Individual Rules and Practices in Civil Cases, "[o]pposition letters . . . shall be submitted within five business days after receipt of the movant's letter." Because of Court holidays, the Court clarifies that Plaintiff shall file his opposition letter by **January 5, 2026**. Defendants' deadline to answer the complaint is held in abeyance pending a determination on venue.

       SO ORDERED.

Dated: December 30, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge