UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN HERZOG,

                Plaintiff,

      -against-

RAHF IV GOODWILL TERRACE, LLC and
ROSE PROPERTY MANAGEMENT GROUP
LLC,

                Defendants.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  __1/5/2026__

25 Civ. 8702 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' letters regarding Defendants' anticipated motion to transfer venue under 28 U.S.C. § 1404.  *See* ECF Nos. 19, 23.  Accordingly:

1. By **January 12, 2026**, Defendants shall answer or otherwise respond to Plaintiff's complaint.

2. By **January 16, 2026**, Defendants shall file their motion to transfer venue under 28 U.S.C. § 1404(a).  By **January 23, 2026,** Plaintiff shall respond.  By **January 27, 2026,** Defendants shall file their reply, if any.  The parties may choose to rest on or incorporate their pre-motion letters and are not required to submit additional briefing.

       The Clerk of Court is respectfully directed to terminate the motion at ECF No. 19.

       SO ORDERED.

Dated: January 5, 2026
      New York, New York

                                _____
                                  ANALISA TORRES
                         United States District Judge