USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN HERZOG,

Plaintiff,

-against-

RAHF IV GOODWILL TERRACE, LLC and ROSE PROPERTY MANAGEMENT GROUP LLC,

Defendants.

25 Civ. 8702 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

Because settlement negotiations and fact discovery are ongoing, *see* ECF No. 47, the case management conference currently scheduled for July 6, 2026 is ADJOURNED to **December 7, 2026**, at **10:00 a.m.** No other deadlines are affected. *See* ECF No. 47.

SO ORDERED.

Dated: July 2, 2026
New York, New York

ANALISA TORRES
United States District Judge